1  Stephen R. Cornwell, CA Bar #40737
   CORNWELL & SAMPLE, LLP                    (SPACE BELOW FOR FILING STAMP ONLY)
2  Attorneys at Law
   7045 N. Fruit Avenue
3  Fresno, CA  93711-0761
   Telephone: (559) 431-3142
4  Facsimile:  (559) 436-1135

5  Attorneys for Plaintiffs TRACY ROSS, as
   Prospective Guardian ad Litem of MAGGIE
6  CHRISTINE ROSS, a minor; INA PATE

7

8                   UNITED STATES DISTRICT COURT

9          EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

10 TRACY ROSS, as Guardian ad Litem of      CASE NO.  1:09-CV-01732-OWW-SMS
   MAGGIE CHRISTINE ROSS; INA
11 PATE,

12              Plaintiffs,

13      v.                                   **PETITION AND ORDER FOR**
                                             **GUARDIAN AD LITEM**
14 ATICO INTERNATIONAL USA, INC.;
   WALGREEN COMPANY; and DOES 1 to
15 50, inclusive.

16              Defendants.

17
            Petitioner and Plaintiff Real Party In Interest herein, MAGGIE CHRISTINE
18
   ROSS, through her parent and caregiver TRACY ROSS, states the following:
19
            1.      Petitioner is a minor, whose date of birth is September 22, 2005.  Her
20
   sustained injuries as alleged were proximately caused by Defendant's negligence.
21
            2.      Petitioner alleges that the injury to MAGGIE CHRISTINE ROSS was
22
   caused by defects and/or negligence or other principles of legal fault in the sale, design,
23
   fabrication, assembling, testing, modifying, selling, and/or distributing of children's folding
24
   chairs as more fully described hereinafter.
25
            3.      The minor has no general guardian and no previous petition for
26
   appointment of guardian ad litem has been filed in this matter.
27
   / / /
28
   / / /

1    4.    TRACY ROSS, whose address is 5509 Parker Drive, Mariposa,

2   California 95338, is a competent and responsible person, and she is fully competent to act

3   as Maggie's Guardian ad Litem.

4    5.    California law provides that a minor cannot sue in his or her own name.

5   Rather, litigation must be conducted through a guardian ad litem.  (Cal. Fam. Code § 6601;

6   Cal. Code of Civ. Pro. § 372.)  Rule 17 (c) of the Federal Rules of Civil Procedure likewise

7   provides for the appointment of a guardian ad litem or similar next friend of a minor in order

8   to protect the minor's interests.

9    6.    TRACY ROSS is willing to serve as Maggie's Guardian Ad Litem on

10   a prospective basis, as appears by her consent attached hereto.

11    WHEREFORE, Petitioner moves this Court for an order appointing TRACY

12   ROSS as Petitioner's Guardian as Litem for the purposes of pursuing this action against

13   Defendants.

14

15   DATED: September 30, 2009.    CORNWELL & SAMPLE, LLP

16

17    By:    /s/   Stephen R. Cornwell

18  ¯    Stephen R. Cornwell
    Attorney for Plaintiffs
19    TRACY ROSS, as Guardian ad Litem of
    MAGGIE CHRISTINE ROSS; INA PATE
20

21

22   **DECLARATION OF TRACY ROSS IN SUPPORT OF PETITION FOR**

23   **GUARDIAN AD LITEM**

24    I, Tracy Ross, state:

25    1.    I am an adult and a resident of Mariposa County, California.  I have

26   personal knowledge of the matters set forth in this declaration.  If called, I would be

27   competent to testify to the truth of these matters.

28    2.    Petitioner Real Party in Interest, MAGGIE CHRISTINE ROSS is a minor.

CORNWELL & SAMPLE LLP
7045 N. Fruit Avenue
Fresno, CA 93711

1   Her date of birth is September 22, 2005.  I am her parent and caregiver.

2        I declare under penalty of perjury that the foregoing is true and correct and this

3   declaration was executed on September 30, 2009, in Fresno County, California.

4

5                                                    /s/   Tracy Ross

6                                                Tracy Ross

7

8

9

10

            **CONSENT TO ACT AS GUARDIAN AD LITEM**

11

        I, Tracy Ross, consent to act as Guardian ad Litem for minor Petitioner

12

    MAGGIE CHRISTINE ROSS in the above action.

13

14

    Dated: September 30, 2009.                     /s/   Tracy Ross

15

                                                Tracy Ross

16

17

18                            **ORDER**

19        GOOD CAUSE APPEARING, the Petition for an order appointing Tracy Ross

20   as Guardian ad Litem for Maggie Ross for purposes of this action is GRANTED.

21

22

23

24

25   IT IS SO ORDERED.

26   **Dated:     October 5, 2009             /s/ Sandra M. Snyder**
                                    UNITED STATES MAGISTRATE JUDGE

27

28

CORNWELL & SAMPLE LLP
7045 N. Fruit Avenue
Fresno, CA 93711