IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY ROSS, as Guardian ad Litem of MAGGIE CHRISTINE ROSS; INA PATE,<br><br>            Plaintiffs,<br><br>vs.<br><br>ATICO INTERNATIONAL USA, INC.; WALGREEN COMPANY, et al.,<br><br>            Defendants. | **OLD** CASE NO.:<br>1:09-cv-01732-OWW-**SMS**<br><br>**ORDER OF RECUSAL OF MAGISTRATE JUDGE**<br><br>**NEW** CASE NO.:<br>1:09-cv-01732-OWW-**SKO**<br>--------------------------------<br>Plaintiffs' Motion for Order Compelling Responses, ETC. [18]: 8/6/10, 9:30am, Ctrm. 8/**SKO**<br>--------------------------------<br>Settlement Conference [17]: 2/8/11, 10:30am, Ctrm. 8/**SKO**<br>-------------------------------- |

It appears to the undersigned, the magistrate judge to whom this case is presently assigned, that disqualification pursuant to 28 U.S.C. § 455 is appropriate in this matter based upon an appearance of impropriety to continue as the case management magistrate judge.

IT IS THEREFORE ORDERED that:

1. The undersigned RECUSES herself as the magistrate judge to whom this case is assigned;

1

2. This case be REASSIGNED from the docket of Magistrate Judge Sandra M. Snyder (SMS) to the docket of Magistrate Judge Sheila K. Oberto (SKO), and that all future pleadings and/or correspondence hereinafter be correctly numbered as:

**1:09-cv-01732-OWW-SKO**

Counsel are advised that use of an incorrect case number, including the magistrate judge's initials, may result in a delay of documents being processed and copies thereof being correctly distributed and received by the appropriate judicial officer;

3. The Settlement Conference is RESET from February 8, 2011 at 10:00 a.m. before Judge Snyder (SMS) to February 8, 2011 at 10:30 a.m. before Judge Oberto (SKO).

Counsel will be expected to fully comply with the requirements set forth in XIV of the Scheduling Conference Order, pages 8-9, in timely preparing and submitting Confidential Settlement Conference Statements to Judge Oberto's chambers by February 1, 2011, via e-mail to SKOOrders@caed.uscourts.gov.

4. Plaintiffs' Motion for Order Compelling Responses to Interrogatories and Requests for Production (Doc. 18) is RESET from August 6, 2010 at 9:30 a.m. before Judge Snyder (SMS) to August 6, 2010 at 9:30 a.m. before Judge Oberto (SKO).

5. Pursuant to the Scheduling Conference Order (Doc. 17), any non-dispositive motion hearings will be held before Judge Oberto.

IT IS SO ORDERED.

**Dated:   July 19, 2010**         /s/ Sandra M. Snyder
                                   UNITED STATES MAGISTRATE JUDGE

2