Jeffrey B. Shapiro, FL Bar # 484113
**ARNSTEIN & LEHR LLP**
200 South Biscayne Boulevard, Suite 3600
Miami, Florida 33131-2395
Telephone: (305) 357-3492
Facsimile: (305) 808-8614

Bruce J. Berger, # 133320
Michael R. Hergenroether, #267163
**STAMMER, McKNIGHT, BARNUM & BAILEY LLP**
2540 W. Shaw Lane, Suite 110 (93711)
Post Office Box 9789
Fresno, California  93794-9789
Telephone: (559) 449-0571
Facsimile:  (559) 432-2619

Attorneys for Defendants ATICO INTERNATIONAL USA, INC, and WALGREEN COMPANY

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**
*********

| | |
|---|---|
| TRACY ROSS, as Guardian ad Litem of MAGGIE CHRISTINE ROSS; INA PATE,<br><br>            Plaintiff,<br><br>v.<br><br>ATICO INTERNATIONAL USA, INC.; WALGREEN COMPANY; and DOES 1 to 50, inclusive,<br><br>            Defendants. | Case No.:  1:09-CV-1732-OWW SKO<br><br>**ORDER GRANTING EX PARTE APPLICATION FOR ORDER SHORTENING TIME ALLOWING DEFENDANTS TO FILE A MOTION TO POSTPONE PLAINTIFFS' MOTION TO COMPEL HEARING**<br><br>**Date:   August 2, 2010<br>Time:  2:00 p.m.<br>Ctrm: 8** |

 The Court grants Defendants' Ex Parte Application for an Order Shortening Time to allow Defendants to move this Court for the purpose of postponing Plaintiffs' Motion to Compel Discovery Responses hearing currently scheduled for August 6, 2010.

The following dates shall apply:

 1) The Defendants' motion to Postpone Plaintiff's Motion to Compel Discovery Responses is set for hearing on August 2, 2010, at 2:00 P.M. in Courtroom 8.

- 1 –
_____
Ross v. Atico, et al. United States District Court, Eastern District of California, Fresno Division Case No.: 1:09-CV1732-OWW SMS
**[PROPOSED] ORDER GRANTING EX PARTE APPLICATION FOR AN ORDER SHORTENING TIME ALLOWING DEFENDANTS TO FILE A MOTION TO POSTPONE PLAINTIFFS' MOTION TO COMPEL HEARING**

2) Defendants' moving papers shall be filed and served via the Court's electronic filing service on or before 10:00 a.m. on July 30, 2010.

3) Plaintiffs' opposition, if any, shall be filed and served via the Court's electronic filing service on July 30, 2010.

4) Telephonic appearances are granted.  Should the parties desire to appear telephonically, they are to coordinate a conference call to the Court at 559-499-5790.


IT IS SO ORDERED.

Dated:   **July 29, 2010**                                    **/s/ Sheila K. Oberto**
                                                              UNITED STATES MAGISTRATE JUDGE

_____
Ross v. Atico, et al. United States District Court, Eastern District of California, Fresno Division Case No.: 1:09-CV1732-OWW SMS
**[PROPOSED] ORDER GRANTING EX PARTE APPLICATION FOR AN ORDER SHORTENING TIME ALLOWING DEFENDANTS TO FILE A MOTION TO POSTPONE PLAINTIFFS' MOTION TO COMPEL HEARING**