Stephen R. Cornwell, CA Bar #40737
**CORNWELL & SAMPLE, LLP**
Attorneys at Law
7045 N. Fruit Avenue
Fresno, CA  93711-0761
Telephone: (559) 431-3142
Facsimile:  (559) 436-1135

Attorneys for Plaintiffs TRACY ROSS, as
Guardian ad Litem of MAGGIE CHRISTINE
ROSS; INA PATE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| TRACY ROSS, as Guardian ad Litem of MAGGIE CHRISTINE ROSS; INA PATE,<br><br>Plaintiffs,<br><br>v.<br><br>ATICO INTERNATIONAL USA, INC.; WALGREEN COMPANY; and DOES 1 to 50, inclusive.<br><br>Defendants. | CASE:  1:09-CV-01732-OWW-SKO<br><br>**ORDER ON PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND ANSWERS TO INTERROGATORIES** |

This matter came before the Court on August 12, 2010, on the Plaintiffs' motion to compel further responses to interrogatories and to compel further documents.  The Court ordered the parties to meet and confer.  Following the parties' meet and confer, the matter came before the Court.  The Court heard arguments, stipulations, and withdrawals by the parties with respect to each of the disputed discovery requests.  The Court ruled on each discovery dispute from the bench and ordered Plaintiffs' counsel to prepare a proposed order that conformed to the Court's ruling.  Defendants' counsel was to approve the form and content of the

proposed order before it was submitted to the Court. The parties submitted the following proposed order:

1. The period of time for all requests, unless otherwise directed, is amended so that the period of 2001 through 2005 is the modification of all interrogatories and requests for the production of documents.

2. The Court rejects the restrictive definition of a Kiddee Folding Chair as set forth in the defendants' responses and adopts the broader definition of the chair as set forth in the requests.

3. With respect to the motion to compel interrogatories propounded to ATICO, the Court grants the motions as to interrogatories Nos. 3, 4, 5, 6, 8, 9, 11, 12, 13, 17, 18, 19, 20, 21, and 23. The motion is granted as to interrogatory No. 7 as to information given to Walgreens. The motion is denied as to Nos. 10 and 24.

4. With respect to the motion to compel the production of documents by ATICO, the Court grants Nos. 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 16, 17, 18, and 19. The request to No. 20 is withdrawn. The defendant is ordered to answer request No. 22, 26, and 27.

5. With respect to the interrogatories directed to Walgreens, the Court grants the motion as to interrogatories Nos. 1, 2, 3, 4, 5, 6, 7, 9, and 12. With respect to No. 8, the Court orders the production of such documents with respect to Kiddee Folding Chairs to Walgreens.

6. With respect to the requests to produce documents to Walgreens, the Court grants the motion with respect to Nos. 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 13, 16, 17, 18, and 21. Request No. 19 is withdrawn.

IT IS ORDERED that Defendants shall respond as detailed above no later than September 3, 2010.

Approved as to form:

  /s/   Stephen R. Cornwell                                   August 19, 2010
Stephen R. Cornwell
Attorney for the Plaintiff and moving party

  /s/                                              August  20 , 2010
Bruce Berger
Attorney for the Defendant and responding party

IT IS SO ORDERED.

Dated:   **August 27, 2010**            **/s/ Sheila K. Oberto**
                                                             UNITED STATES MAGISTRATE JUDGE