1  Jeffrey B. Shapiro, FL Bar # 484113
   **ARNSTEIN & LEHR LLP**
2  200 South Biscayne Boulevard, Suite 3600
   Miami, Florida 33131-2395
3  Telephone: (305) 357-3492
   Facsimile: (305) 808-8614
4

5  Bruce J. Berger, # 133320
   **STAMMER, McKNIGHT, BARNUM & BAILEY LLP**
6  2540 W. Shaw Lane, Suite 110 (93711)
   Post Office Box 9789
7  Fresno, California  93794-9789
   Telephone: (559) 449-0571
8  Facsimile:  (559) 432-2619

9  Attorneys for Defendants ATICO INTERNATIONAL USA, INC, and WALGREEN COMPANY
10

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION**
*********

| | |
|---|---|
| TRACY ROSS, as Guardian ad Litem of MAGGIE CHRISTINE ROSS; INA PATE, | Case No.:  1:09-CV-1732-OWW SKO |
| Plaintiff, | **ORDER DENYING PLAINTIFFS' MOTION *IN LIMINE*** |
| v. | |
| ATICO INTERNATIONAL USA, INC.; WALGREEN COMPANY; and DOES 1 to 50, inclusive, | |
| Defendants. | |

On October 12, 2010, this matter came on for hearing in the above-entitled court on Plaintiffs' motion *in limine*.  Judith Harless of the firm of Cornwell & Sample LLP appeared for the Plaintiffs TRACY ROSS, as Guardian ad Litem of MAGGIE CHRISTINE ROSS, and INA PATE.  Jeffrey B. Shapiro, PHV, of the firm of Arnstein & Lehr LLP, and Bruce J. Berger of the firm of Stammer, McKnight, Barnum & Bailey LLP, appeared for Defendants ATICO INTERNATIONAL USA, INC. and WALGREEN COMPANY.

//

- 1 –

Ross v. Atico, et al. United States District Court, Eastern District of California, Fresno Division Case No.: 1:09-CV1732-OWW SMS
ORDER DENYING PLAINTIFFS' MOTION *IN LIMINE*

1  The Court, having considered the motion papers and the arguments of counsel at the
2  hearing, and good cause appearing, the Court denies Plaintiffs' motion *in limine* without
3  prejudice.
4
5  IT IS SO ORDERED.
6                                                        _____
7  Dated: 12/1/2010_____        /s/  OLIVER W. WANGER
                                     United States District Court Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 2 –