1 | Stephen R. Cornwell, CA Bar #40737     (SPACE BELOW FOR FILING STAMP ONLY)
2 | **CORNWELL & SAMPLE, LLP**
Attorneys at Law
3 | 7045 N. Fruit Avenue
Fresno, CA 93711-0761
4 | Telephone: (559) 431-3142
Facsimile: (559) 436-1135

Attorneys for Plaintiffs TRACY ROSS, as
Guardian ad Litem of MAGGIE CHRISTINE
ROSS; INA PATE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| TRACY ROSS, as Guardian ad Litem of MAGGIE CHRISTINE ROSS; INA PATE, | CASE NO. 1:09-CV-01732-OWW-SKO |
| Plaintiffs, | |
| v. | |
| ATICO INTERNATIONAL USA, INC.; WALGREEN COMPANY; and DOES 1 to 50, inclusive. | **ORDER** |
| Defendants. | |

This matter came before the Court on November 24, 2010, for a Further Status Conference. Stephen R. Cornwell appeared for the Plaintiffs. Jeffrey Shapiro and Bruce Berger appeared for Defendants ATICO INTERNATIONAL USA, INC., and WALGREEN COMPANY. The Court conducted a hearing and considered the scheduling and other matters pending in this case including the taking of depositions of persons most knowledgeable of ATICO INTERNATIONAL USA, INC., and WALGREEN COMPANY. The Court being advised in the premises makes the following orders:

    1. The Trial date, Pre-Trial Conference date, and all other scheduling dates are vacated.

    2. The Court schedules the following:

        A. The Trial is set for November 15, 2011, at 9:00 a.m.

1    B.   The Pre-Trial Conference is set for October 3, 2011.
2    C.   Discovery Cut-Off is July 1, 2011.
3    D.   Disclosure of Experts is set for May 2, 2011.
4    E.   Disclosure of Supplemental Experts is set for June 1, 2011.
5    F.   Non-Dispositive Motions are to be filed no later than July 15, 2011.
7    G.   The hearing date for Non-Dispositive Motions shall be August 19, 2011.
9    H.   The last day to file Dispositive Motions is July 29, 2011.
10   I.   Dispositive Motions shall be heard on September 12, 2011.

The parties are directed to meet and confer regarding the taking of the depositions of persons most knowledgeable from ATICO INTERNATIONAL USA, INC., and from WALGREEN COMPANY. The parties are to agree to deposition dates no later than the close of business November 29, 2010. The depositions of these persons shall be completed no later than January 20, 2011. In the event that the parties cannot agree on the dates for such depositions to be completed by January 20, 2011, the parties are ordered to contact the Court for further direction.

IT IS SO ORDERED.

Date: 11/30/2010            /s/ OLIVER W. WANGER
                            UNITED STATES DISTRICT JUDGE