(SPACE BELOW FOR FILING STAMP ONLY)

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| TRACY ROSS, as Guardian ad Litem of MAGGIE CHRISTINE ROSS; INA PATE,<br><br>Plaintiffs,<br><br>v.<br><br>ATICO INTERNATIONAL USA, INC.; WALGREEN COMPANY; and DOES 1 to 50, inclusive.<br><br>Defendants. | CASE NO. 1:09-CV-01732-OWW-SKO<br><br>**STIPULATION; ORDER** |

Plaintiffs TRACY ROSS, as Guardian ad Litem of MAGGIE CHRISTINE ROSS, INA PATE and Defendants ATICO INTERNATIONAL USA, INC. (hereinafter "Atico"); WALGREEN COMPANY (hereinafter "Walgreens"), by and through their respective attorneys of record, stipulate and agree as follows:

1. On December 13, 2010, the Court ordered that the depositions of Defendants' corporate representatives be completed no later than January 20, 2011.

2. The depositions of Atico's and Walgreen's corporate representatives were set to take place on January 4, 2011 in Ft. Lauderdale, Florida and January 6, 2011 in Chicago, Illinois, respectively.

3. Jeffrey Shapiro, lead counsel for Atico, was scheduled to defend the depositions.

4. On January 3, 2011, Mr. Shapiro met with the Atico corporate representative in preparation for the deposition.

5. The evening of January 3, 2011 Mr. Shapiro was unexpectedly admitted to the hospital due to a severe medical condition.

6. Mr. Shapiro e-mailed Plaintiff's counsel from the hospital that night to inform them of the emergent situation, but Plaintiff's counsel was already in Florida.

7. The morning of January 4, 2011, Plaintiff's counsel contacted the Court to seek guidance regarding the rescheduling of the depositions.

8. The Court instructed the parties to work together to agree to a new deposition schedule and submit a stipulation reflecting the revised schedule.

9. Mr. Shapiro was not released from the hospital until January 8, 2011. As an unavoidable result, neither of the depositions were able to proceed as originally scheduled.

10. Pursuant to the Court's instructions, the parties have worked together and arrived at an agreement regarding new depositions dates.

11. The Atico corporate representative deposition will be scheduled for January 27, 2011 in Chicago, Illinios.

12. The Walgreen's corporate representative deposition will be scheduled for January 28, 2011 in Chicago, Illinois.

13. At Plaintiff's counsel's request, Mr. Shapiro's firm has agreed to reimburse Plaintiff's counsel's expenses in the amount of $1,922.00 incurred due to Mr. Shapiro's unavailability for the depositions as previously scheduled.

Dated: January 18, 2011.                    CORNWELL & SAMPLE, LLP


                                            By: _____/s/_____
                                                Stephen R. Cornwell
                                                Judith M. Harless
                                                Attorney for Plaintiffs
                                                TRACY ROSS, as Guardian ad Litem of
                                                MAGGIE CHRISTINE ROSS; INA PATE

Dated: January 20, 2011.                    ARNSTEIN & LEHER


                                            By: _____/s/_____
                                                Jeffrey Shapiro

ORDER
–2–

IT IS SO ORDERED.

Dated:   **January 24, 2011**            **/s/ Oliver W. Wanger**
                                          UNITED STATES DISTRICT JUDGE