Jeffrey B. Shapiro, FL Bar # 484113
**ARNSTEIN & LEHR LLP**
200 South Biscayne Boulevard, Suite 3600
Miami, Florida 33131-2395
Telephone: (305) 357-3492
Facsimile: (305) 808-8614

Bruce J. Berger, # 133320
**STAMMER, McKNIGHT, BARNUM & BAILEY LLP**
2540 W. Shaw Lane, Suite 110 (93711)
Post Office Box 9789
Fresno, California 93794-9789
Telephone: (559) 449-0571
Facsimile:  (559) 432-2619

Attorneys for Defendants ATICO INTERNATIONAL USA, INC, and WALGREEN CO.

René T. Sample, #138046
**CORNWELL & SAMPLE LLP**
7045 North Fruit Avenue
Fresno, CA 93711-0761
Telephone: (559) 431-3142
Facsimile: (559) 436-1135

Attorneys for Plaintiffs,
TRACY ROSS, as Guardian ad Litem of  MAGGIE CHRISTINE ROSS, and INA PATE

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**
*********

| | |
|---|---|
| TRACY ROSS, as Guardian ad Litem of MAGGIE CHRISTINE ROSS; INA PATE,<br><br>    Plaintiff,<br><br>v.<br><br>ATICO INTERNATIONAL USA, INC.; WALGREEN CO.; and DOES 1 to 50, inclusive,<br><br>    Defendants. | Case No.:  1:09-CV-1732-OWW SMS<br><br>**STIPULATION AND ORDER OF DISMISSAL**<br><br>**[Fed.R.Civ.P. 41(a)(1)]** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated attorneys of record that the above-captioned matter be and hereby is dismissed without prejudice pursuant to Fed.R.Civ.P. 41(a)(1), with the parties to bear their own attorneys fees and costs.

- 1 –

Ross v. Atico, et al. United States District Court, Eastern District of California, Fresno Division Case No.: 1:09-CV1732-OWW SMS
**STIPULATION OF DISMISSAL**

1  The undersigned representatives of each party certify that they are fully authorized by the party or parties they represent to enter into this stipulation.  Court approval is not required for a stipulation of dismissal pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii).

DATED: April_28, 2011

                    By___/s/ RENÉ T. SAMPLE_____
                         RENÉ T. SAMPLE
                         Attorneys for Plaintiffs,
                         TRACY ROSS, as Guardian ad Litem of
                         MAGGIE CHRISTINE ROSS, and INA PATE

DATED: April 29, 2011

                  By__/s/BRUCE BERGER_____
                       BRUCE J. BERGER
                       Attorneys for Defendant,
                       ATTICO INTERNATIONAL USA, INC.,
                       and  WALGREEN CO.

IT IS SO ORDERED.

  Dated:   **April 29, 2011**                **/s/ Oliver W. Wanger**
                                           UNITED STATES DISTRICT JUDGE

Ross v. Atico, et al. United States District Court, Eastern District of California, Fresno Division Case No.: 1:09-CV1732-OWW SMS
**STIPULATION OF DISMISSAL**